AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11720124

**RECEIVED**
By USMS District of Columbia District Court at 3:48 pm, Sep 24, 2024

| | |
|---|---|
| United States of America<br>v.<br>Timothy Trifilo<br><br>*Defendant* | Case: 1:24-cr-00428<br>Assigned To : Judge Tanya S. Chutkan<br>Assign. Date : 9/24/2024<br>Description: Indictment (B) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Timothy Trifilo,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Bank Fraud, 18 USC 1344
Aggravated Identity Theft, 18 USC 1028A
Failure to File Tax Returns, 26 USC 7203

Date: 09/24/2024

City and state:  Washington, DC

Zia M. Faruqui
Digitally signed by Zia M. Faruqui
Date: 2024.09.24 14:52:00 -04'00'

*Issuing officer's signature*

Magistrate Judge Zia M. Faruqui

*Printed name and title*

### Return

This warrant was received on *(date)* 09/24/24, and the person was arrested on *(date)* 09/25/24
at *(city and state)* _____.

Date: 09/25/2024

*Arresting officer's signature*

Alexander Shevchenko

*Printed name and title*