IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. 1:24-cr-428 |
| v. | * | |
| | * | (False Statements in Connection with Loan |
| TIMOTHY TRIFILO, | * | Application, 18 U.S.C. § 1014; Failure to File |
| | * | Tax Returns, 26 U.S.C. § 7203) |
| Defendant | * | |

## INFORMATION

The government charges that:

## INTRODUCTION

At all times relevant to this Information, unless otherwise specified:

### The Defendant's Background and History

1. Defendant Timothy Trifilo ("**TRIFILO**") resided in the District of Columbia. During at least the years 2012 through 2021, **TRIFILO** was a licensed Certified Public Accountant.

2. **TRIFILO** earned a Bachelor of Business Administration and a Master of Business Administration in Finance. Since approximately 1994, **TRIFILO** worked in tax compliance for several large accounting and finance firms. Between in or around 1996 and in or around 2024, **TRIFILO** was a Partner or Managing Director at several tax firms where he specialized in transaction structuring and advisory services, tax compliance, and tax due diligence. At various times, **TRIFILO** was also an adjunct professor and taught a graduate-level course in taxation and real estate.

**Failure to File Tax Returns**

3.  For the years 2012 through 2021, **TRIFILO** had taxable income, including partnership income from various accounting firms, in the following approximate amounts:

| Year | Approximate Taxable Income |
|---|---|
| 2012 | $935,739 |
| 2013 | $752,813 |
| 2014 | $826,469 |
| 2015 | $948,252 |
| 2016 | $893,074 |
| 2017 | $636,051 |
| 2018 | $687,250 |
| 2019 | $633,318 |
| 2020 | $501,058 |
| 2021 | $947,023 |

4.  For each of the years 2012 through 2021, **TRIFILO** earned sufficient income such that he was required to file an individual income tax return, such as a Form 1040, U.S Individual Income Tax Return, with the Internal Revenue Service ("IRS") on or before the due dates set by law. For each of these years, **TRIFILO** failed to file an individual income tax return on or before these due dates.

**False Statements in Connection with Mortgage Loan Application**

5.  On or about February 10, 2023, **TRIFILO** submitted a Uniform Residential Loan Application to a mortgage company to secure a $1.36 million dollar loan to purchase a home in the District of Columbia. The mortgage loan was financed by a bank, Bank 1, which was insured by the Federal Deposit Insurance Corporation.

6.  At the time he submitted the mortgage application, **TRIFILO** was employed by Accounting Firm 1.

7.  After underwriters at the mortgage company reviewed **TRIFILO**'s IRS account transcripts and could not locate a record of him filing tax returns for 2020 or 2021, the underwriters contacted Bank 1, which advised that they would not fund the loan unless **TRIFILO** provided copies of his tax returns. Mortgage company employees conveyed this information to **TRIFILO**.

8.  On or about February 23, 2023, **TRIFILO** provided the mortgage company with purported copies of his 2020 and 2021 Forms 1040. These returns purported to have been prepared by Person 1, who was identified on the returns as an employee of Accounting Firm 1. The returns were accompanied by cover letters on Accounting Firm 1's letterhead stating that Accounting Firm 1 prepared the returns.

9.  In fact, while Person 1 was a former employee of Accounting Firm 1 who previously was a colleague of **TRIFILO's**, Person 1 did not work for Accounting Firm 1 at the time the returns were purportedly prepared and has never prepared tax returns for **TRIFILO** at any time. Further, no employees of Accounting Firm 1 have ever prepared tax returns for **TRIFILO**.

10. **TRIFILO** knew that neither Person 1 nor any other employee of Accounting Firm 1 had prepared the Forms 1040 for **TRIFILO** for 2020 and 2021 that he submitted to the mortgage company. Person 1 did not authorize **TRIFILO** to list Person 1's name as the tax return preparer on **TRIFILO's** 2020 and 2021 Forms 1040.

11. On or about February 23, 2023, **TRIFILO** provided the mortgage company with transmittal documents that purported to show that the 2020 and 2021 tax returns **TRIFILO** provided to the mortgage company had been filed with the IRS. These transmittal documents also purported to show that Person 1 had uploaded the tax returns for filing with the IRS. In fact,

**TRIFILO** knew that these returns had never been filed with the IRS and that Person 1 had not uploaded them for filing. **TRIFILO** fabricated the transmittal documents to make it appear to the mortgage company and Bank 1 that he had filed the tax returns, when, in fact, he knew he had not.

12. **TRIFILO** understood he would not be able to obtain the mortgage loan without providing proof he filed his tax returns for 2020 and 2021.

13. Based on **TRIFILO**'s false representations, including his submissions of the fabricated tax returns and transmittal documents, Bank 1 approved **TRIFILO** for the mortgage loan and **TRIFILO** purchased the house.

<u>COUNT ONE</u>
18 U.S.C. § 1014
**(False Statements in Connection with Loan Application)**

14. The allegations of paragraphs 1 through 13 are realleged and incorporated herein as if set out in full herein.

15. Between on or about February 10, 2023 and on or about February 23, 2023, in the District of Columbia and elsewhere, the defendant,

**TIMOTHY TRIFILO,**

knowingly made false statements for the purpose of influencing the action of Bank 1, an institution the accounts of which are insured by the Federal Deposit Insurance Corporation, in connection with an application for a mortgage loan, in that the defendant submitted to a mortgage company and Bank 1 false and fraudulent documents, to wit: documents that purported to show that the defendant had filed individual income tax returns for 2020 and 2021 with the assistance of Person 1, when in truth and in fact, as the defendant well knew, Person 1 had never prepared the

defendant's individual income tax returns and the defendant had not filed 2020 and 2021 individual income tax returns.

(In violation of Title 18, United States Code, Section 1014)

### COUNT TWO
### 26 U.S.C. § 7203
### (Failure to File a Tax Return)

16. The allegations of paragraphs 1 through 4 are realleged and incorporated herein as if set out in full herein.

17. During the calendar year 2021, the defendant,

**TIMOTHY TRIFILO**,

had and received gross income in excess of the filing threshold set by statute. By reason of such gross income, he was required by law, following the close of calendar year 2021, and on or before April 15, 2022, to make an income tax return to the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was

entitled. Knowing and believing all of the foregoing, he did willfully fail, on or about April 15, 2022, in the District of Columbia and elsewhere, to make an income tax return.

(In violation of Title 26, United States Code, Section 7203)

DAVID A. HUBBERT
Deputy Assistant Attorney General, Tax Division

By: *Melissa Siskind*

Alexandra K. Fleszar
Melissa S. Siskind
Trial Attorneys
Department of Justice, Tax Division

MATTHEW M. GRAVES
United States Attorney

By:

Kathryn L. Rakoczy
Assistant United States Attorney

6